# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                                §
                                      §
                                      §
HIRSCHEL, PETER DENNY                 §     Case No. 11-45320
HIRSCHEL, MARCIA                      §
                                      §
                                      §
_____Debtor(s)_____ §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                     $

      Funds were disbursed in the following amounts:

      Payments made under an interim disbursement
      Administrative expenses
      Bank service fees
      Other payments to creditors
      Non-estate funds paid to 3rd Parties
      Exemptions paid to the debtor
      Other payments to the debtor

      Leaving a balance on hand of[1]                    $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/20/2013 and the deadline for filing governmental claims was 02/20/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,550.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,550.00 , for a total compensation of $ 1,550.00 $^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 64.96 , for total expenses of $ 64.96 $^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/27/2014                By: _____
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | | |
|---|---|---|
| Case No: | 11-45320   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: JOSEPH E. COHEN |
| Case Name: | HIRSCHEL, PETER DENNY | Date Filed (f) or Converted (c): 11/07/11 (f) |
| | HIRSCHEL, MARCIA | 341(a) Meeting Date: 12/12/11 |
| For Period Ending: | 04/30/14 | Claims Bar Date: 02/20/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Condominium Location: 802 Maywood, Libertyville IL | 203,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking account with First American Bank | 826.00 | 0.00 | | 0.00 | FA |
| 3. Miscellaneous household goods and furniture | 500.00 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous clothing | 500.00 | 0.00 | | 0.00 | FA |
| 5. IRA - Charles Schwab | 35,040.00 | 0.00 | | 0.00 | FA |
| 6. 2005 Acura TL | 13,715.00 | 0.00 | | 6,000.00 | FA |
| 7. 2004 Toyota Camry | 7,820.00 | 0.00 | | 2,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $261,401.00        $0.00        $8,000.00        $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE INVESTIGATING THE VALUE OF THE DEBTORS VEHICLES.  TRUSTEE HAS SOLD VEHICLES BACK TO THE DEBTOR BY COURT ORDER.
THE DEBTORS ARE MAKING PAYMENTS TO THE TRUSTEE. THE DEBTORS HAVE FINISHED PAYING THE TRUSTEE.  THE TRUSTEE WILL
COMMENCE PREPARING HIS FINAL REPORT SHORTLY - January 16, 2014. TRUSTEE IS PREPARING HIS TFR, NFR AND RELATED DOCUMENTS
- April 30, 2014.

Initial Projected Date of Final Report (TFR): 04/30/14        Current Projected Date of Final Report (TFR): 04/30/14

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 11-45320 -ABG | Trustee Name: JOSEPH E. COHEN |
| Case Name: | HIRSCHEL, PETER DENNY | Bank Name: ASSOCIATED BANK |
| | HIRSCHEL, MARCIA | Account Number / CD #: *******2341 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2232 | |
| For Period Ending: | 04/30/14 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/09/13 | 6 | PETER HIRSCHEL | Sale of Vehicle | 1129-000 | 2,000.00 | | 2,000.00 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,990.00 |
| 02/18/13 | 7 | Peter & Marcia Hirschel | Sale of Vehicle | 1129-000 | 2,000.00 | | 3,990.00 |
| 03/05/13 | 6 | PETER & MARCIA HIRSCHEL | Sale of Vehicle | 1129-000 | 2,000.00 | | 5,990.00 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 2.10 | 5,987.90 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,977.90 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,967.90 |
| 04/09/13 | 6 | Peter & Marcia Hirschel | Sale of Vehicle | 1129-000 | 2,000.00 | | 7,967.90 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.70 | 7,957.20 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.83 | 7,945.37 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.43 | 7,933.94 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.80 | 7,922.14 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.78 | 7,910.36 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.38 | 7,898.98 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.74 | 7,887.24 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.35 | 7,875.89 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.71 | 7,864.18 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.69 | 7,852.49 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.55 | 7,841.94 |
| 04/05/14 | 300002 | INTERNATIONAL SURETIES, LTD. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 11.39 | 7,830.55 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.66 | 7,818.89 |

Page Subtotals        8,000.00        181.11

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

LFORM24

Ver: 17.05d

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 11-45320 -ABG |
| Case Name: | HIRSCHEL, PETER DENNY |
| | HIRSCHEL, MARCIA |
| Taxpayer ID No: | *******2232 |
| For Period Ending: | 04/30/14 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2341 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|   |   |   |   |
|---|---|---|---|
| COLUMN TOTALS | 8,000.00 | 181.11 | 7,818.89 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 8,000.00 | 181.11 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 8,000.00 | 181.11 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******2341 | 8,000.00 | 181.11 | 7,818.89 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 8,000.00 | 181.11 | 7,818.89 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 27, 2014 |
|---|---|---|---|---|---|---|

Case Number: 11-45320  
Debtor Name: HIRSCHEL, PETER DENNY

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $1,614.96 | $1,614.96 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $13.49 | $13.49 |
| 001<br>3110-00 | COHEN & KROL, Attorneys for Trustee<br>105 West Madison Street<br>Chicago, IL 606 | Administrative | | $0.00 | $1,831.00 | $1,831.00 |
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $12,753.04 | $12,753.04 |
| 000002<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>Bank of America NA (USA)<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | | $0.00 | $5,426.07 | $5,426.07 |
| 000003<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>Bank of America NA (USA)<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | | $0.00 | $6,536.69 | $6,536.69 |
| 000004<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>Bank of America NA (USA)<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | | $0.00 | $6,400.79 | $6,400.79 |
| 000005<br>070<br>7100-00 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $14,035.38 | $14,035.38 |
| 000006<br>070<br>7100-00 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $19,786.23 | $19,786.23 |

| Page 2 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: May 27, 2014 |

Case Number:  11-45320  
Debtor Name:  HIRSCHEL, PETER DENNY

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000007<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>successor to CAPITAL ONE, NA<br>by PRA Receivables Management LLC<br>PO Box 41067<br>Norfolk, VA 23541 | Unsecured | | $0.00 | $17,541.72 | $17,541.72 |
| | Case Totals: | | | $0.00 | $85,939.37 | $85,939.37 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-45320
Case Name: HIRSCHEL, PETER DENNY
             HIRSCHEL, MARCIA
Trustee Name: JOSEPH E. COHEN

　　　　Balance on hand　　　　　　　　　　　　　　　　　　　　　　　$

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Trustee Expenses: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys for Trustee | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

　　Total to be paid for chapter 7 administrative expenses　　　　$_____

　　Remaining Balance　　　　　　　　　　　　　　　　　　　　　$_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

　　Allowed priority claims are:

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ | $ | $ |
| 000002 | FIA CARD SERVICES, N.A.<br>Bank of America NA (USA)<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | $ | $ | $ |
| 000003 | FIA CARD SERVICES, N.A.<br>Bank of America NA (USA)<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | $ | $ | $ |
| 000004 | FIA CARD SERVICES, N.A.<br>Bank of America NA (USA)<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | $ | $ | $ |
| 000006 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | $ | $ | $ |
| 000007 | Portfolio Recovery Associates, LLC successor to CAPITAL ONE, NA by PRA Receivables Management LLC PO Box 41067 Norfolk, VA 23541 | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE