# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
HIRSCHEL, PETER DENNY § Case No. 11-45320
HIRSCHEL, MARCIA §
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    CLERK OF BANKRUPTCY COURT
    219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 07/11/2014 in Courtroom ,
    North Branch Court
    1792 Nicole Lane
    Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____  By: _____
                                                                      Clerk, U.S. Bankruptcy Court

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
HIRSCHEL, PETER DENNY § Case No. 11-45320
HIRSCHEL, MARCIA §
 §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 8,000.00 |
| and approved disbursements of | $ | 181.11 |
| leaving a balance on hand of[1] | $ | 7,818.89 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH E. COHEN | $ 1,550.00 | $ 0.00 | $ 1,550.00 |
| Trustee Expenses: JOSEPH E. COHEN | $ 64.96 | $ 0.00 | $ 64.96 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys for Trustee | $ 1,831.00 | $ 0.00 | $ 1,831.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 13.49 | $ 13.49 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 3,445.96 |
| Remaining Balance | | $ | 4,372.93 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 82,479.92 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 12,753.04 | $ 0.00 | $ 676.14 |
| 000002 | FIA CARD SERVICES, N.A.<br>Bank of America NA (USA)<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | $ 5,426.07 | $ 0.00 | $ 287.68 |
| 000003 | FIA CARD SERVICES, N.A.<br>Bank of America NA (USA)<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | $ 6,536.69 | $ 0.00 | $ 346.56 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | FIA CARD SERVICES, N.A.<br>Bank of America NA (USA)<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | $ 6,400.79 | $ 0.00 | $ 339.36 |
| 000005 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 14,035.38 | $ 0.00 | $ 744.13 |
| 000006 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 19,786.23 | $ 0.00 | $ 1,049.03 |
| 000007 | Portfolio Recovery Associates, LLC successor to CAPITAL ONE, NA<br>by PRA Receivables Management LLC<br>PO Box 41067<br>Norfolk, VA 23541 | $ 17,541.72 | $ 0.00 | $ 930.03 |

Total to be paid to timely general unsecured creditors    $    4,372.93

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

             Prepared By: /s/JOSEPH E. COHEN
                          TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Peter Denny Hirschel  
Marcia Hirschel  
    Debtors

Case No. 11-45320-ABG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: arodarte      Page 1 of 2      Date Rcvd: Jun 11, 2014  
                        Form ID: pdf006     Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2014.

```
db/jdb       +Peter Denny Hirschel,    Marcia Hirschel,    802 Maywood,    Libertyville, IL 60048-5210
18026834    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: FIA Card Services, N.A.,    P.O. Box 982235,    El Paso, TX 79998-2235)
18026826      Bank of America,    P.O. Box 21848,    Greensboro, NC 27420-1848
18026827      Capital One,    P.O. Box 30273,    Salt Lake City, UT 84130-0273
18026828      Chase,    Cardmember sevices,    P.O. Box 15298,    Wilmington, DE 19886-5298
18026829     +Chase,    Attn: Home Equity Loan Servicing,    P.O. Box 24714,    00419700209001,
              Columbus, OH 43224-0714
18026830     +Citi,    Attn: Customer Service,    P. O. Box 6500,    Sioux Falls, SD 57117-6500
19762164      FIA CARD SERVICES, N.A.,    Bank of America NA (USA),    4161 Piedmont Parkway,    NC4 105 03 14,
              Greensboro, NC 27410
18026835      HSBC Card Services,    P. O. Box 81622,    Salinas, CA 93912-1622
18026836     +IHC-Libertyville Emergency Physician LLC,    P.O. Box 3261,    Milwaukee, WI 53201-3261
18026837     +JP Morgan Chase,    14900 West Capitol Drive,    Brookfield, WI 53005-2600
18026838     +North Lake Cardiovascular Center,    P.O.Box 8577,    Gurnee, IL 60031-7017
20057375    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    successor to CAPITAL ONE, NA,
              by PRA Receivables Management LLC,    PO Box 41067,    Norfolk, VA 23541)
18026839     +Sunrise Medical Center,    P.O. Box 99400,    Louisville, KY 40269-0400
18026840     +Uropartners LLC,    3183 Pasysphere Circle,    Chicago, IL 60674-0031
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
18026824      E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 12 2014 00:58:28     Acura Financial Services,
              P.O. Box 5308,    Elgin, IL 60121-5308
18026831     +E-mail/Text: cms-bk@cms-collect.com Jun 12 2014 00:57:42      DBServicing Corporation,
              c/o Capital Manangement Services,    726 Exchange street,    Suite 700,    Buffalo, NY 14210-1464
18026832      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 12 2014 01:01:29      Discover Card,    PO Box 30943,
              Salt Lake City, UT 84130
18026833     +E-mail/Text: dsolideo@glc-law.com Jun 12 2014 00:57:42      DP Murphy Ambulance,
              c/o Grabowski Law Center,    1400 E Lake Cook Road,    Suite 110,    Buffalo Grove, IL 60089-1865
19726689      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 12 2014 01:01:29      Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
18435091      E-mail/Text: ECF@SHERMETA.COM Jun 12 2014 00:58:29      JPMorgan Chase Bank, N.A.,
              c/o Shermeta, Adams & Von Allmen, P.C.,    P.O. Box 80908,    Rochester Hills, MI 48308-0908
19841753     +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 12 2014 01:02:22
              PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
              Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18026825    ##+Advocate Condell Medical,    810 E Park Ave,    Suite 132,    Libertyville, IL 60048-2981
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2014                             Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: arodarte              Page 2 of 2                  Date Rcvd: Jun 11, 2014
                              Form ID: pdf006             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2014 at the address(es) listed below:

```
              E. Philip  Groben    on behalf of Trustee Joseph E Cohen pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
              Gina B Krol, ESQ    on behalf of Trustee Joseph E Cohen gkrol@cohenandkrol.com,
               gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com;jneiman@cohenandkrol.com
              Joseph E Cohen    jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
              Joseph E Cohen    on behalf of Attorney    Cohen & Krol jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
              Joseph E Cohen    on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com
              Patrick J Hart    on behalf of Debtor Peter Denny Hirschel patrickhartlaw@gmail.com,
               admin@patrickhartlaw.com
              Patrick J Hart    on behalf of Joint Debtor Marcia  Hirschel patrickhartlaw@gmail.com,
               admin@patrickhartlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 8
```