# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HIRSCHEL, PETER DENNY | § | Case No. 11-45320 |
| HIRSCHEL, MARCIA | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/JOSEPH E. COHEN _____

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Acura Financial Services P.O. Box 5308 Elgin, IL 60121-5308 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Attn: Home Equity Loan Servicing P.O. Box 24714 00419700209001 Columbus, OH 43224 | | | | | |
| | JP Morgan Chase 14900 West Capitol Drive Brookfield, WI 53005 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | | | | | |
| JOSEPH E. COHEN, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| COHEN & KROL, ATTORNEYS FOR TRUSTEE | | | | | |
| JOSEPH E. COHEN, ATTORNEY FOR TRUST | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Condell Medical 810 E Park Ave Suite 132 Libertyville, IL 60048 | | | | | |
| | Bank of America P.O. Box 21848 Greensboro, NC 27420-1848 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One P.O. Box 30273 Salt Lake City, UT 84130-0273 | | | | | |
| | Chase Cardmember sevices P.O. Box 15298 Wilmington, DE 19886-5298 | | | | | |
| | Citi Attn: Customer Service P. O. Box 6500 Sioux Falls, SD 57117 | | | | | |
| | DBServicing Corporation c/o Capital Manangement Services 726 Exchange street Suite 700 Buffalo, NY 14210 | | | | | |
| | DP Murphy Ambulance c/o Grabowski Law Center 1400 E Lake Cook Road Suite 110 Buffalo Grove, IL 60089 | | | | | |
| | Discover Card PO Box 30943 Salt Lake City, UT 84130 | | | | | |
| | FIA Card Services, N.A. P.O. Box 982235 El Paso, TX 79998-2235 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC Card Services P. O. Box 81622 Salinas, CA 93912-1622 | | | | | |
| | IHC-Libertyville Emergency Physician LLC P.O. Box 3261 Milwaukee, WI 53210-3261 | | | | | |
| | North Lake Cardiovascular Center P.O.Box 8577 Gurnee, IL 60031 | | | | | |
| | Sunrise Medical Center P.O. Box 99400 Louisville, KY 40269 | | | | | |
| | Uropartners LLC 3183 Pasysphere Circle Chicago, IL 60674 | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002 | FIA CARD SERVICES, N.A. | | | | | |
| 000003 | FIA CARD SERVICES, N.A. | | | | | |
| 000004 | FIA CARD SERVICES, N.A. | | | | | |
| 000007 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000006 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   1

Exhibit 8

| Case No: | 11-45320   ABG   Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | HIRSCHEL, PETER DENNY | | Date Filed (f) or Converted (c): | 11/07/11 (f) |
| | HIRSCHEL, MARCIA | | 341(a) Meeting Date: | 12/12/11 |
| For Period Ending: 08/14/14 | | | Claims Bar Date: | 05/20/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Condominium Location: 802 Maywood, Libertyville IL | 203,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking account with First American Bank | 826.00 | 0.00 | | 0.00 | FA |
| 3. Miscellaneous household goods and furniture | 500.00 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous clothing | 500.00 | 0.00 | | 0.00 | FA |
| 5. IRA - Charles Schwab | 35,040.00 | 0.00 | | 0.00 | FA |
| 6. 2005 Acura TL | 13,715.00 | 0.00 | | 6,000.00 | FA |
| 7. 2004 Toyota Camry | 7,820.00 | 0.00 | | 2,000.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $261,401.00 | $0.00 | | $8,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE INVESTIGATING THE VALUE OF THE DEBTORS VEHICLES.  TRUSTEE HAS SOLD VEHICLES BACK TO THE DEBTOR BY COURT ORDER.
THE DEBTORS ARE MAKING PAYMENTS TO THE TRUSTEE. THE DEBTORS HAVE FINISHED PAYING THE TRUSTEE.  THE TRUSTEE WILL
COMMENCE PREPARING HIS FINAL REPORT SHORTLY - January 16, 2014. TRUSTEE IS PREPARING HIS TFR, NFR AND RELATED DOCUMENTS
- April 30, 2014.  TRUSTEE HAS MADE A DISTRIBUTION AND IS PREPARING HIS TDR - August 14, 2014.

Initial Projected Date of Final Report (TFR): 04/30/14       Current Projected Date of Final Report (TFR): 04/30/14

FORM 2

Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-45320  -ABG |
| Case Name: | HIRSCHEL, PETER DENNY |
| | HIRSCHEL, MARCIA |
| Taxpayer ID No: | *******2232 |
| For Period Ending: | 08/14/14 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2341 Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/09/13 | 6 | PETER HIRSCHEL | Sale of Vehicle | 1129-000 | 2,000.00 | | 2,000.00 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,990.00 |
| 02/18/13 | 7 | Peter & Marcia Hirschel | Sale of Vehicle | 1129-000 | 2,000.00 | | 3,990.00 |
| 03/05/13 | 6 | PETER & MARCIA HIRSCHEL | Sale of Vehicle | 1129-000 | 2,000.00 | | 5,990.00 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 2.10 | 5,987.90 |
| | | 701 Poydras Street | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,977.90 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,967.90 |
| 04/09/13 | 6 | Peter & Marcia Hirschel | Sale of Vehicle | 1129-000 | 2,000.00 | | 7,967.90 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.70 | 7,957.20 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.83 | 7,945.37 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.43 | 7,933.94 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.80 | 7,922.14 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.78 | 7,910.36 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.38 | 7,898.98 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.74 | 7,887.24 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.35 | 7,875.89 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.71 | 7,864.18 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.69 | 7,852.49 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.55 | 7,841.94 |
| 04/05/14 | 300002 | INTERNATIONAL SURETIES, LTD. | Bond # 016026455 | 2300-000 | | 11.39 | 7,830.55 |
| | | 701 Poydras St. | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.66 | 7,818.89 |
| 07/16/14 | 300003 | COHEN & KROL, Attorneys for Trustee | Attorney for Trustee fees | 3110-000 | | 1,220.67 | 6,598.22 |

| | | | | | Page Subtotals | 8,000.00 | 1,401.78 | |

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

Ver: 18.00b

FORM 2

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-45320  -ABG |
| Case Name: | HIRSCHEL, PETER DENNY |
| | HIRSCHEL, MARCIA |
| Taxpayer ID No: | *******2232 |
| For Period Ending: | 08/14/14 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2341  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 105 West Madison Street | | | | | | |
| | | Chicago, IL 606 | | | | | | |
| 07/16/14 | 300004 | JOSEPH E. COHEN, Trustee | Trustee Fees | | | | 1,614.96 | 4,983.26 |
| | | 105 West Madison Street | Trustee Fees | | | | | |
| | | Chicago, IL 60602 | | | | | | |
| | | | Fees | 1,550.00 | 2100-000 | | | |
| | | | Expenses | 64.96 | 2200-000 | | | |
| 07/16/14 | 300005 | JOSEPH E. COHEN, ATTORNEY FOR TRUSTEE | Attorney for Trustee fees | | 3110-000 | | 610.33 | 4,372.93 |
| | | 105 West Madison Street | | | | | | |
| | | Chicago, IL 60602 | | | | | | |
| 07/16/14 | 300006 | Discover Bank | Claim 000001, Payment 5.30179% | | 7100-000 | | 676.14 | 3,696.79 |
| | | DB Servicing Corporation | | | | | | |
| | | PO Box 3025 | | | | | | |
| | | New Albany, OH 43054-3025 | | | | | | |
| 07/16/14 | 300007 | FIA CARD SERVICES, N.A. | Claim 000002, Payment 5.30181% | | 7100-000 | | 287.68 | 3,409.11 |
| | | Bank of America NA (USA) | (2-1) Modified to correct creditors | | | | | |
| | | 4161 Piedmont Parkway | address on 12/3/12 (ar) | | | | | |
| | | NC4 105 03 14 | | | | | | |
| | | Greensboro, NC 27410 | | | | | | |
| 07/16/14 | 300008 | FIA CARD SERVICES, N.A. | Claim 000003, Payment 5.30177% | | 7100-000 | | 346.56 | 3,062.55 |
| | | Bank of America NA (USA) | | | | | | |
| | | 4161 Piedmont Parkway | | | | | | |
| | | NC4 105 03 14 | | | | | | |
| | | Greensboro, NC 27410 | | | | | | |
| 07/16/14 | 300009 | FIA CARD SERVICES, N.A. | Claim 000004, Payment 5.30185% | | 7100-000 | | 339.36 | 2,723.19 |
| | | Bank of America NA (USA) | | | | | | |
| | | 4161 Piedmont Parkway | | | | | | |
| | | NC4 105 03 14 | | | | | | |
| | | Greensboro, NC 27410 | | | | | | |
| 07/16/14 | 300010 | PYOD, LLC its successors and assigns as assignee | Claim 000005, Payment 5.30182% | | 7100-000 | | 744.13 | 1,979.06 |

| | | | | |
|---|---|---|---|---|
| | Page Subtotals | | 0.00 | 4,619.16 |

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

Ver: 18.00b

Page:    3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-45320  -ABG |
| Case Name: | HIRSCHEL, PETER DENNY |
| | HIRSCHEL, MARCIA |
| Taxpayer ID No: | *******2232 |
| For Period Ending: | 08/14/14 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2341  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/16/14 | 300011 | of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br>PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000006, Payment 5.30182% | 7100-000 | | 1,049.03 | 930.03 |
| 07/16/14 | 300012 | Portfolio Recovery Associates, LLC<br>successor to CAPITAL ONE, NA<br>by PRA Receivables Management LLC<br>PO Box 41067<br>Norfolk, VA 23541 | Claim 000007, Payment 5.30182% | 7100-000 | | 930.03 | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 8,000.00 | 8,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 8,000.00 | 8,000.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 8,000.00 | 8,000.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******2341 | 8,000.00 | 8,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 8,000.00 | 8,000.00 | 0.00 |
| | =============== | =============== | =============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals            0.00            1,979.06

Ver: 18.00b

FORM 2                                                                      Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-45320  -ABG | |
| Case Name: | HIRSCHEL, PETER DENNY | |
| | HIRSCHEL, MARCIA | |
| Taxpayer ID No: | *******2232 | |
| For Period Ending: | 08/14/14 | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2341  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | Page Subtotals | | 0.00 | 0.00 | |

Ver: 18.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*